**MEMO ENDORSED**

LISA SCOLARI
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
lscolarilaw@earthlink.net

TEL 212-227-8899     FAX 212-964-2926

July 21, 2014 ~~May 9, , 2014~~

Honorable Kevin T. Duffy
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007
*via fax: 212-805-6131*

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7/22/2014

Re: United States v. Thomas Burton
13 Cr. 386 (KTD)

Your Honor:

    I understand that the Court wished to adjourn Thomas Burton's sentence which is currently scheduled for today July 21, 2014. I write to confirm my request for a sentencing date during the second week of ~~September,~~ 2014. Although the Court had suggested a date in August, I have a trial and a vacation scheduled in August.

    Edward Imperatore, Esq. has no objection to this application. Therefore, I request that the Court adjourn the sentence to a date during the end of June or the beginning of ~~July~~ September, 2014.

Respectfully,

Lisa Scolari

Motion granted.
SO ORDERED:

_____
HON. KEVIN T. DUFFY
July 22, 2014

cc: Edward Imperatore, Esq.